

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00216-CV

**IN THE INTEREST OF A.F.**, J.J.L., and J.A.R., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02310
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellants in relation to this appeal because appellants qualify as indigent under Texas Rule of Appellate Procedure 20.

SIGNED November 25, 2020.

_____
Beth Watkins, Justice